UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIE B. BROWN, JR., | Case No. 26-CV-0713 (PAM/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| THE CITY OF MINNEAPOLIS; MICHAEL A. HEYER, Minneapolis Police Sgt.; PATRICK BRYAN, Minneapolis Police Officer; SHANY, partner officer of the 4th precinct; HENNEPIN COUNTY; JOHN DOE, HCMC Security Guards, 4-5; JANE DOE, HCMC Security Guards, 1-2; SHALA JACOBSON, Nurse; JANE DOE, Nurse 1, all individually and in their official capacities; SUPERVISORS, individually and in their official capacities; and THE HENNEPIN COUNTY MEDICAL CENTER | |
| Defendants. | |

Plaintiff Willie B. Brown, Jr., a prisoner, has applied for *in forma pauperis* ("IFP") status in this proceeding. *See* Dkt. No. 2. "The central question [when assessing an IFP application] is whether the movant can afford the costs of proceeding without undue hardship or deprivation of the necessities of life." *Ayers v. Tex. Dep't of Crim. Justice*, 70 F.3d 1268, 1268 (5th Cir. 1995) (per curiam). The documents submitted by Mr. Brown show that he has $21,500 in savings available to him from which to pay the $405.00 filing fee in this matter. *See* IFP Application at 6 [Dkt. No. 2]. This is an extraordinarily

substantial amount of liquid assets for any IFP applicant, much less a prisoner whose daily necessities are largely provided for by the state. Mr. Brown could easily pay the filing fee for this matter without any risk of "undue hardship or deprivation of the necessities of life." *Ayers*, 70 F.3d at 1268.

Accordingly, the IFP application is denied. Mr. Brown must pay the $405.00 filing fee within 21 days of the date of this order, failing which it will be recommended that this matter be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Mr. Brown is warned that should he elect to pay the filing fee and proceed as a non-IFP litigant, his complaint will remain subject to preliminary review under 28 U.S.C. § 1915A. The filing fee will not be refunded regardless of whether Mr. Brown's pleading survives that review.

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The application to proceed *in forma pauperis* of plaintiff Willie B. Brown, Jr. [Dkt. No. 2] is DENIED.

2. Mr. Brown must pay the $405.00 filing fee for this matter within 21 days of the date of this order, failing which it will be recommended that this matter be dismissed without prejudice for failure to prosecute.

Date: February 9, 2026                    *s/ John F. Docherty*
                                          John F. Docherty
                                          United States Magistrate Judge